IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIMOTHY WHEELER,
ADC #85605                                                                    PETITIONER

v.                              No. 5:15-cv-358-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                              RESPONDENT

JUDGMENT

Wheeler's supplemented petition is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

23 May 2016