IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TIMOTHY WHEELER,
ADC #85605                                                            PETITIONER

v.                         No. 5:15-cv-358-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                     RESPONDENT

## ORDER

Motion, № 76, denied. Wheeler should make his request in the court where he intends to file his new paper. This case is closed.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

14 August 2017