# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

TIMOTHY WHEELER,
ADC #85605                                                                              PETITIONER

v.                              No. 5:15-cv-358-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                                     RESPONDENT

## ORDER

Second motion for relief from the Judgment, № 78, denied. Nothing in Wheeler's new filings warrants relief. FED. R. CIV. P. 60(b). Wheeler's application to proceed *in forma pauperis*, № 79, is denied without prejudice. This case is closed.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

  14 November 2017