# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

TIMOTHY WHEELER,
ADC #85605                                                    PETITIONER

v.                         No. 5:15-cv-358-DPM

WENDY KELLEY, Director,
Arkansas Department of Correction                             RESPONDENT

## ORDER

Third motion for reconsideration and for appointed counsel, № 81, denied. There is no right to appointed counsel in non-capital *habeas* proceedings. *Morris v. Dormire*, 217 F.3d 556, 558–59 (8th Cir. 2000). And the Court already concluded that nothing in Wheeler's new filings warrants relief. № 80.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

1 December 2017